UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 1871 07-md-1871 |
| THIS DOCUMENT RELATES TO: | : : | |
| *William B. Brown v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline* | : : : | 2:09-cv-00809 |
| *Cornelio Martinez, et al. v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline, et al.* | : : : | 2:08-cv-05847 |

**ORDER**

**AND NOW**, this 17th day of June, 2009, upon consideration of the Motions to Remand filed in the above-captioned individual actions, and all briefs and argument submitted in support thereof or in opposition thereto, and in accordance with the attached Memorandum, it is hereby **ORDERED** as follows:

    1. The Motion to Remand in Brown (case number 2:09-cv-00809) [MDL Master Docket Doc. No. 331] is **DENIED**;

    2. The Motion to Remand in Martinez (case number 2:08-cv-05847) [MDL Master Docket Doc. No. 305] is **GRANTED** and the action is **REMANDED** to the First Judicial District Court for the State of New Mexico, Rio Arriba County.

    It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**